UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

NEW GEORGIA PROJECT, INC., et al,
Plaintiff,

vs.

CHRISTOPHER M. CARR, et al,
Defendants.

CIVIL ACTION FILE

NO. 1:22-cv-03533-VMC

**O R D E R**

The mandate of the United States Court of Appeals having been read and considered, it is

**Ordered and Adjudged** that the mandate of the United States Court of Appeals be and it hereby is made the judgment of this Court. It is

**Further Ordered and Adjudged** that this action is **dismissed without prejudice.**

Dated at Atlanta, Georgia this 7th day of August, 2024.

VICTORIA MARIE CALVERT
UNITED STATES DISTRICT JUDGE