**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

NEW GEORGIA PROJECT, INC., et al,
               Plaintiffs,

vs.

CHRISTOPHER M. CARR, et al,
               Defendants.

CIVIL ACTION FILE

NO.  1:22-cv-03533-VMC

## J U D G M E N T

This action having come before the court, Honorable Victoria M. Calvert, United

States District Judge, having made the USCA mandate the judgment of this Court, it is

**Ordered and Adjudged** that the action be **DISMISSED WITHOUT PREJUDICE**.

Dated at Atlanta, Georgia, this 7th day of August, 2024.

KEVIN P. WEIMER
CLERK OF COURT

By:  s/J. Underwood
        Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
August 7, 2024
Kevin P. Weimer
Clerk of Court

By:  s/J. Underwood
        Deputy Clerk